UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-80865-CIV-MARRA/JOHNSON

KATHY ANN GARCIA-LAWSON,

    Plaintiff,

v.

NATALIE M. GARLAND, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Plaintiff's Motion for Leave to Amend, to Alter Judgment and Motion for Relief from Judgment pursuant to Rules 15(a), 59(e), 60(b)(1), and 60(b)(6)), filed April 6, 2009. (DE 38). The Court has carefully considered the motion and is otherwise fully advised in the premises.

On March 23, 2008, the Court entered an Order dismissing Plaintiff's First Amended Complaint with prejudice, and entered judgment in favor of Defendants and against Plaintiff. (DE 36, 37). The Court found that allowing Plaintiff to amend her complaint a second time would be futile. (DE 36). By the instant motion, Plaintiff seeks relief from the judgment and permission to amend her complaint. After considering the motion and the record, the Court concludes that allowing Plaintiff to amend her complaint to pursue the legal theories asserted in the motion would not cure the deficiencies that resulted in the dismissal of the prior complaint. Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Amend, to Alter

Judgment and Motion for Relief from Judgment pursuant to Rules 15(a), 59(e), 60(b)(1), and 60(b)(6)) is **DENIED**.

**DONE and ORDERED** at West Palm Beach, Palm Beach County, Florida this 13th day of April, 2009.

_____
KENNETH A. MARRA
United States District Judge

copies to:
Kathy Ann Garcia-Lawson, *pro se*
all counsel of record